# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LAURICE MITCHELL,**         **CASE NO. 3:13-cv-224**

    Petitioner,         **Judge Timothy S. Black**
                                    **Magistrate Judge Michael R. Merz**

  **-vs-**

**WARDEN, TRUMBALL**
**CORRECTIONAL INSTITUTION,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 2) of the United States Magistrate Judge is **ADOPTED**; the Petition (Doc. 1) is **DISMISSED** with prejudice; the Petitioner is **DENIED** a certificate of appealability and the Court certifies that any appeal would be objectively frivolous; and the case is **CLOSED** on the docket of this Court.

Date: August 16, 2013         **JOHN P. HEHMAN, CLERK**
                                                                                  By: s/ M. Rogers
                                                                                  Deputy Clerk